_____ FILED _____ LODGED

_____ RECEIVED

**Jan 03, 2023**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Magistrate Judge David W. Christel

1
2
3
4
5
6

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7
8
9

UNITED STATES OF AMERICA,

Plaintiff,

10

v.

11
12

MATTHEW GREENWOOD, and

13

JEREMY CRAHAN,

14

Defendants.

NO.   MJ23-5000

ORDER AUTHORIZING DETENTION
PENDING INITIAL APPEARANCE

15   TO:   The United States Marshal and any Authorized United States Officer:

16         Based upon a review of a sworn complaint, the Court finds there is probable cause

17   to believe that defendants MATHHEW GREENWOOD and JEREMY CRAHAN

18   violated Title 18 United States Code, Section 1366, and that defendant MATTHEW

19   GREENWOOD violated Title 26 United States Code, Section 5861(d).

20         It is therefore ORDERED:

21     1.  You are directed to bring the defendants before the nearest United States
           Magistrate Judge, or other authorized judicial officer, for initial appearance as
22         promptly as that hearing can be scheduled with the court.

23

24     2.  Both defendants shall be held in custody pending that appearance.

25     DATED this 31ST day of December, 2022, at 6:43 pm

26

27                                          _____
                                            DAVID W. CHRSTEL
28                                          United States Magistrate Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970