The Honorable J. Richard Creatura

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW GREENWOOD, and<br>JEREMY CRAHAN,<br><br>Defendants. | NO. MJ23-5000<br><br>STIPULATED MOTION TO EXTEND TIME TO SEEK AN INDICTMENT<br><br>Noted on Motion Calendar:<br>**January 6, 2023** |

With this stipulated motion, the parties jointly seek an order from this Court extending the deadline for the return of an indictment, under Title 18, United States Code, Section 3161(b), by 45 days, until March 16, 2023. This extension of time is being sought for the reasons set forth below.

On December 31, 2022, the government filed a Criminal Complaint charging defendants Matthew Greenwood and Jeremy Crahan with *Conspiracy to Damage Energy Facilities*, in violation of Title 18, United States Code, Section 1366. The Complaint also charges Greenwood with the offense of *Possession of Unregistered Firearms*, in violation of Title 26, United States Code, Section 5861(d).

Both defendants were arrested on the same day – December 31, 2022.

Stipulated Motion to Extend Time to Seek an Indictment – 1
*United States v. Greenwood, et al.,* MJ23-5000

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

On January 3, 2023, Greenwood and Crahan made their initial appearances on the charges contained in the Complaint. Defense counsel were appointed for both defendants on that same day.

Title 18, United States Code, Section 3161(b) provides that the government has thirty days from the date of a defendant's arrest to obtain an indictment. Based on the date of the defendants' arrests in this case, the current indictment deadline under Section 3161(b) is January 30, 2023.

The government is in the process of producing discovery materials to the defense, which the defense is beginning to diligently review. The defendants and their counsel are also conducting their own independent investigation of the facts and legal issues related to the charges contained in the Complaint. The defendants do not believe that this review, investigation, and research will be completed by the expiration of the time to obtain an indictment. The defendants further believe that the results of this review, investigation, and research will be essential to preparing a defense, and may facilitate a resolution of this matter.

In light of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by extending the time for indictment in this case outweigh the interest of the public and of the defendant in a more speedy indictment in this matter. The requested continuance of the time for indictment will avoid a miscarriage of justice and allow defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

//
//
//

Stipulated Motion to Extend Time to Seek an Indictment – 2
*United States v. Greenwood, et al.,* MJ23-5000

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Accordingly, the parties jointly request that the time period for the return of an indictment be extended by 45 days, to March 16, 2023.

DATED this 6th day of January, 2023.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*/s/ Todd Greenberg*
TODD GREENBERG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-2636
E-mail: Todd.Greenberg4@usdoj.gov

*/s/ Rebecca C. Fish*
REBECCA C. FISH
Assistant Federal Public Defender
Counsel for Matthew Greenwood

*/s/ Lance M. Hester*
LANCE M. HESTER
Counsel for Jeremy Crahan

Stipulated Motion to Extend Time to Seek an Indictment – 3
*United States v. Greenwood, et al.,* MJ23-5000

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970