

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Matthew Greenwood,<br><br>　　　　　　Defendant. | Case No. CR23-5000-1<br><br>WAIVER OF PRELIMINARY HEARING |

I am a defendant charged in this case. The United States Magistrate Judge has explained to me that I have a right to have a preliminary examination and has explained to me the purpose of that proceeding. She/He has also explained to me that I have the right to testify at the preliminary examination and that if I wish, I may call other witnesses on my behalf. I also understand that I may waive the preliminary examination and the fact of such waiver cannot be used against me. I understand that if I waive the preliminary examination, my case will be immediately bound over for further proceedings in the District Court, and that any bond I have signed in this case remains in full force and effect.

I hereby waive my right to a preliminary examination.

\_\_\_1/6/23_____  _____[signature]_____
Date                                                     Defendant's signature

\_\_\_1/6/23_____  _____[signature]_____
Date                                                     Defense Attorney's signature