UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MJ23-5000-1 |
| Plaintiff, | ORDER GRANTING MOTION TO REVOKE MAGISTRATE DETENTION ORDER AND SET CONDITIONS OF RELEASE |
| v. | |
| MATTHEW GREENWOOD, | |
| Defendant. | |

The Court, having considered the Mr. Greenwood's Motion to Revoke the Magistrate Court's Detention Order and Set Conditions of Release, pursuant to 18 U.S.C. §§ 3145(b) and 3142, the pleadings and arguments of the parties and the records and files therein, now hereby

ORDERS that the Detention Order contained at Dkt. No. 16 be revoked, and that Mr. Greenwood be released on conditions to be specified in an Appearance Bond.

DONE this _____ day of January 2023.


_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Rebecca Fish*
Assistant Federal Public Defender
Attorney for Matthew Greenwood

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**