HONORABLE J. RICHARD CREATURA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MJ23-5000-1 |
| Plaintiff, | |
| v. | DEFENDANT'S WAIVER OF RIGHT TO SPEEDY INDICTMENT |
| MATTHEW GREENWOOD, | |
| Defendant. | |

I have been advised by my attorney that I have a right to a speedy indictment under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. I understand that under the statute the government must obtain an indictment within thirty days of my arrest. I previously waived my right to speedy indictment for the period up to and including March 16, 2023. I wish to waive my right to speedy indictment and again extend the indictment deadline so that my attorney and the attorney for the government may discuss defenses, pursue negotiations, and have a full opportunity to evaluate the matter prior to seeking an indictment. I knowingly, voluntarily, and with advice of counsel waive my right to a speedy indictment for the period up to and including May 17, 2023.

///

///

///

///

DEFENDANT'S WAIVER OF RIGHT TO
SPEEDY INDICTMENT
(*United States v. Greenwood*, MJ23-5000) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

I hereby agree that I will not challenge the timeliness of the indictment, provided that the indictment is filed on or before May 17, 2023.

I further recognize that if this waiver is approved by the court, my right to a speedy trial will be waived.

DATED this 1st day of March 2023.

_____
REBECCA FISH
Attorney for Defendant

*s/ Matthew Greenwood*
MATTHEW GREENWOOD
Defendant

*Signed by AFPD Rebecca Fish on behalf of Mr. Greenwood with permission*

DEFENDANT'S WAIVER OF RIGHT TO
SPEEDY INDICTMENT
(*United States v. Greenwood*, MJ23-5000) - 2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710