UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW GREENWOOD, and<br>JEREMY CRAHAN,<br><br>Defendants. | NO. MJ23-5000<br><br>STIPULATED MOTION TO EXTEND TIME TO SEEK AN INDICTMENT<br><br>Noted on Motion Calendar:<br>**March 2, 2023** |

With this stipulated motion, the parties jointly seek an order from this Court extending the deadline for the return of an indictment, under Title 18, United States Code, Section 3161(b), from March 16, 2023, to May 17, 2023. This extension of time is being sought for the reasons set forth below.

On December 31, 2022, the government filed a Criminal Complaint charging defendants Matthew Greenwood and Jeremy Crahan with *Conspiracy to Damage Energy Facilities*, in violation of Title 18, United States Code, Section 1366. The Complaint also charges Greenwood with the offense of *Possession of Unregistered Firearms*, in violation of Title 26, United States Code, Section 5861(d).

On January 3, 2023, Greenwood and Crahan made their initial appearances on the charges contained in the Complaint. Defense counsel were appointed for both defendants on that same day.

Stipulated Motion to Extend Time for Indictment – 1
*United States v. Greenwood, et al.,* MJ23-5000

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     On January 12, 2023, at the joint request of the parties, the Court entered an Order
2 extending the time for indictment, under Title 18, United States Code, Section 3161(b), to
3 March 16, 2023. Dkt. 27.

4     Since that time, the government has produced all discovery materials to the
5 defense. The defense has been diligently reviewing these materials. The defendants and
6 their counsel are also conducting their own independent investigation of the facts and
7 legal issues related to the charges contained in the Complaint. The defendants do not
8 believe that this review, investigation, and research will be completed by the expiration
9 of the current time to obtain an indictment. The defendants further believe that the results
10 of this review, investigation, and research will be essential to preparing a defense, and
11 may facilitate a resolution of this matter.

12     As a result, the parties request that this Court extend the time for indictment one
13 additional time. Based on the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends
14 of justice served by extending the time for indictment in this case outweigh the interest of
15 the public and of the defendant in a more speedy indictment in this matter. The requested
16 continuance of the time for indictment will avoid a miscarriage of justice and allow
17 defense counsel reasonable time necessary for effective preparation, taking into account
18 the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

19 //
20 //
21 //

Stipulated Motion to Extend Time for Indictment – 2
*United States v. Greenwood, et al.,* MJ23-5000

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Accordingly, the parties jointly request that the time period for the return of an indictment be extended from March 16, 2023, to May 17, 2023.

DATED this 2nd day of March, 2023.

        Respectfully submitted,

        NICHOLAS W. BROWN
        United States Attorney

        */s/ Todd Greenberg*
        TODD GREENBERG
        Assistant United States Attorney

        */s/ Rebecca C. Fish*
        REBECCA C. FISH
        Assistant Federal Public Defender
        Counsel for Matthew Greenwood

        */s/ Lance M. Hester*
        LANCE M. HESTER
        Counsel for Jeremy Crahan

Stipulated Motion to Extend Time for Indictment – 3
*United States v. Greenwood, et al.,* MJ23-5000

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970