UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW GREENWOOD, and<br>JEREMY CRAHAN,<br><br>Defendants. | NO. MJ23-5000<br><br>ORDER EXTENDING TIME TO SEEK AN INDICTMENT |

This Court, having considered the Stipulated Motion submitted by the parties, and for the reasons set forth therein,

FINDS that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the interests of justice require an extension of the time period set forth in 18 U.S.C. § 3161(b) for the return of an indictment in this case. The continuance of the time for indictment will avoid a miscarriage of justice and allow defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

Therefore,

IT IS ORDERED that the deadline to indict the defendants in this matter is hereby extended from March 16, 2023, to May 17, 2023.

Order Extending Time to Seek an Indictment – 1
*United States v. Greenwood, et al.,* MJ23-5000

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this _____ day of March, 2023.

                                            THERESA L. FRICKE
                                            United States Magistrate Judge

Presented by:

*/s/ Todd Greenberg*
TODD GREENBERG
Assistant United States Attorney

*/s/ Rebecca C. Fish*
REBECCA C. FISH
Assistant Federal Public Defender
Counsel for Matthew Greenwood

*/s/ Lance M. Hester*
LANCE M. HESTER
Counsel for Jeremy Crahan

Order Extending Time to Seek an Indictment – 2
*United States v. Greenwood, et al.,* MJ23-5000

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970